**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6756**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

LACHARLES ANTHONY CLARK, a/k/a LaCharles Anthonyo Clark,

                    Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:21-cr-00112-TDS-1)

Submitted:  December 23, 2025                                        Decided:  December 30, 2025

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**  Peter D. Zellmer, PETER D. ZELLMER, PLLC, Greensboro, North Carolina, for Appellant.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

LaCharles Anthony Clark appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction based on Amendment 821 to the Sentencing Guidelines. Counsel for Clark filed a brief citing *Anders v. California*, 386 U.S. 738 (1967). Having reviewed the record, the brief filed by Clark's attorney, and Clark's pro se supplemental brief, we discern no abuse of discretion in the district court's determination that factors considered under 18 U.S.C. § 3553(a) counsel against a sentence reduction. *See United States v. Martin*, 916 F.3d 389, 395 (4th Cir. 2019) (providing standard of review). Accordingly, we affirm the district court's order. *United States v. Clark*, No. 1:21-cr-00112-TDS-1 (M.D.N.C. July 16, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*